# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON ___6/5/2013___
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America
v.
William Ernest Leggett, Jr.

Date of Original Judgment: January 24, 2003
Date of Previous Amended Judgment: February 2, 2009
*(Use Date of Last Amended Judgment if Any)*

)
)
)  Case No: 2:02-CR-7-1BO
)
)  USM No: 22063-056
)
)  Thomas P. McNamara
)  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The sentence for which the defendant is currently incarcerated results from a revocation of supervised release.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 24, 2003, and February 2, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  6-5-13

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*